IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., A CALIFORNIA CORPORATION<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>MIRIAM S GHANIWALA, ET AL<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>08CV3943<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS IN A CIVIL CASE AND COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **28th day of July, 2008, at 8:20 PM**, at the address of **6331 N FAIRFIELD UNIT 103, CHICAGO**, Cook County, **IL 60659**; this affiant served the above described documents upon **THE TIP CLOTHING, INC., AN ILLINOIS CORPORATION NOT IN GOOD STANDING**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **MIRAIM S GHANIWALA, PRESIDENT, A Middle Eastern female approx. 35-40 years of age 5'4"-5'6" in height weighing 120-140 lbs with black hair.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **29th day of July, 2008.**

_Jacob J. Osojnak_
Jacob Osojnak, Reg. # 117-001119, IL

SUBSCRIBED AND SWORN to before me this 29th day of July, 2008

_Joan C. Harenberg_
NOTARY PUBLIC in and for the State of Illinois
Residing at: _____
My Commission Expires: _____

FOR: Gaffigan, Stephen M (PFI)   ORIGINAL PROOF OF SERVICE

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

Tracking #: 5651106 SEA